Gerald Barrett, Esq. SBN: 005955
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue
Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PHILLIP A. McNALLY as Trustee of the Plaintiff Taft-Hartley Trust Funds; et.al., <br><br> Plaintiffs, <br><br> vs. <br><br> M.L. COLLINS, INC., an Arizona Corporation. <br><br> Defendants. | Case No.: 2:13-cv-00517-HRH <br><br> NOTICE OF DISMISSAL |

    Pursuant to Rule 41, Federal Rules of Civil Procedure, plaintiffs do hereby give notice they are dismissing, without prejudice, the above referred matter.

    Dated this 24th day of May, 2013.

                                      S/GERALD BARRETT
                                      Gerald Barrett
                                      WARD, KEENAN & BARRETT, P.C.
                                      3838 N. Central Avenue
                                      Suite 1720
                                      Phoenix, AZ 85012
                                      Tel: 602-279-1717
                                      Fax: 602-279-8908
                                      Email: gbarrett@wardkeenanbarrett.com

```
                    Notice of Dlismissal – 1
```

Attorney for Plaintiff

CERTIFICATE OF MAILING

I hereby certify that on the 24th day of May, 2013, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hon. H. Russell Holland
holland_chambers@akd.uscourts.gov

I hereby certify that on the 24th day of May, 2013, I served by mail a paper copy of this Notice to:

Michael L. Collins
6555 E. Speedway
Tucson, AZ 85710

S/Sally Thiffault